IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-10057
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

                    versus

ANDREA RENEE WASHINGTON,

                                    Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:00-CR-67-1
--------------------
July 19, 2001

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

A jury convicted Andrea Renee Washington of theft of government property in the form of excessive Temporary Aid for Needy Families, food stamps, and Medicaid benefits, and the court sentenced her to 30 months' imprisonment. Washington's offense level was enhanced for obstruction of justice under U.S.S.G. § 3C1.1. Washington appeals the two-level enhancement.

The district court's factual finding of willful obstruction is plausible in light of the evidence and reasonable inferences that could be drawn from it. Thus, the obstruction finding was not

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

clearly erroneous.  See <u>United States. v. Huerta</u>, 182 F.3d 361, 364 (5th Cir. 1999), <u>cert. denied</u>, 528 U.S. 1191 (2000).

The judgment of the district court is AFFIRMED.